1 | McGREGOR W. SCOTT
United States Attorney
2 | GRANT B. RABENN
Assistant U.S. Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, California 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5 |
Attorneys for the
6 | United States of America

**FILED**

MAY 21 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 2:18-MJ-0102 CKD |
| UNITED STATES, | **UNDER SEAL** |
| Plaintiff, | SEALING ORDER |
| v. | |
| JOSE ROBERT PORRAS III AND PASIA VUE, | |
| Defendants. | |

The United States of America, having applied to this Court, for an Order permitting it to file the Complaint, Application and Affidavit, in the above-entitled proceedings, together with its Application to Seal, under seal, and good cause appearing thereon,

IT IS HEREBY ORDERED that the Warrant, Application and Affidavit in the above-entitled proceeding, together with the Application To Seal, shall be filed with the Court under seal until further order of this Court.

DATED: 5/21/2018

_____
HON. CAROLYN K. DELANEY
U.S. MAGISTRATE JUDGE

1