MCGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
QUINN HOCHHALTER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
MAY 22 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>JORGE ROBERT PORRAS III, et al,<br><br>　　　　　Defendants. | CASE NO. 2:18-MJ-102 CKD<br><br>[PROPOSED] ORDER TO FILE REDACTED COPY OF COMPLAINT |

The government's motion to unseal the above-referenced case, keep the complaint sealed, and file a redacted copy of the sealed complaint is GRANTED.

Dated: May 22, 2018

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. CARYOLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge