McGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00113-KJM |
| Plaintiff, | |
| v. | STIPULATION AND PROTECTIVE ORDER RE: DISSEMINATION OF DISCOVERY DOCUMENT AND/OR INFORMATION SUBJECT TO A PROTECTIVE ORDER |
| JOSE ROBERT PORRAS III, AND PASIA VUE, | |
| Defendants. | |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED among the parties and their respective counsel, as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority;

2. This Order pertains to all discovery provided to and/or made available to defense counsel as part of discovery in this case (hereafter, collectively known as "the discovery");

3. The discovery in this matter contains a large amount of both personal identifying information and commercially sensitive data.

4. The parties request a protective order with regard to the discovery because disclosure of

STIPULATION AND PROTECTIVE ORDER 1

the personal identifying information and commercially sensitive data could result in identity theft, invasion of privacy and resulting financial loss.

5. The parties request the Court's order in this matter because the sensitivity of third-parties' personal identifying information and commercially sensitive data requires special protection.

6. Defense counsel shall not disclose any of the discovery and/or information to any person and/or entity other than their respective defendant/client, and/or witnesses that they may be interviewing and/or preparing for trial and/or attorneys, law clerks, paralegals, secretaries, experts, consultants and/or investigators involved in the representation of defense counsel's defendant/client in this case;

7. The discovery and/or information therein may only be used in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. Defense counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case, except that Defense counsel may keep one copy for its own files, subject to the security restrictions stated in this document;

8. Defense counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement;

9. If defense counsel make, or cause to be made, any further copies of any of the discovery, defense counsel will inscribe the following notation on each copy: "U.S. Government Property; May Not be Used Without U.S. Government Permission";

10. If defense counsel releases custody of any of the discovery and/or information, and/or authorized copies thereof, to any person and/or entity described in paragraph (2), defense counsel shall provide such recipients with copies of this Order and advise that person that the discovery is the property of the United States Government, that the discovery and information therein may only be used in connection with the litigation of this case and for no other purpose, and that an unauthorized use of the discovery may constitute a violation of law and/or contempt of court;

11. Defense counsel shall be responsible for advising his defendant/client, employees and other members of the defense team and defense witnesses of the contents of this Stipulation and Order.

IT IS SO STIPULATED.

Dated: June 18, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ Paul A. Hemesath
PAUL A. HEMESATH
Assistant United States Attorney

Dated: June 18, 2018

/s/ NOA OREN
NOA OREN
Counsel for Defendant
JOSE ROBERT PORRAS III

Dated: June 18, 2018

/s/CLEMENTE JIMENEZ
CLEMENTE JIMENEZ
Counsel for Defendant
PASIA VUE

**ORDER**

For good cause shown, the stipulation of counsel in criminal case number 2:18-cr-00113-KJM, is approved and

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: June 20, 2018

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROTECTIVE ORDER 4