1  McGREGOR W. SCOTT
   United States Attorney
2  GRANT B. RABENN
   PAUL HEMESATH
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6

7  Attorneys for Plaintiff
   United States of America

**FILED**

AUG 2 3 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

8

9              IN THE UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,              CASE NO.  2:18-CR-0113 KJM

12                    Plaintiff,           VIOLATIONS:
                                           21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(C) –
13              v.                         Conspiracy to Distribute Controlled Substances;
                                           21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution of
14  JOSE ROBERT PORRAS III, and           a Controlled Substance [2 Counts]; 18 U.S.C. §
    PASIA VUE,                             1956(h) – Money Laundering Conspiracy;
15                                         18 U.S.C. § 1956(a)(1)(B)(i) – Money Laundering
                      Defendants.          [7 Counts]; 18 U.S.C. § 1957 – Money Laundering
16                                         [4 Counts]; 18 U.S.C. § 922(g)(1) – Felon in
                                           Possession of Firearm; and 21 U.S.C. § 853(a), 18
17                                         U.S.C. § 982(a)(1), 18 U.S.C. § 924(d)(1), and 28
                                           U.S.C. § 2461(c) – Criminal Forfeiture
18

19              S U P E R S E D I N G   I N D I C T M E N T

20

21  COUNT ONE: [21 U.S.C. § 846 and 841(a)(1), (b)(1)(C) – Conspiracy to Distribute Controlled
            Substances]
22
            The Grand Jury charges:
23
                      JOSE ROBERT PORRAS III, and
24                            PASIA VUE,

25  defendants herein, beginning at a time unknown, but no later than in or around March 2017, and

26  continuing to in or around May 2018, in the County of Sacramento, State and Eastern District of

27  California, and elsewhere, did conspire with other persons, known and unknown to the Grand Jury, to

28  knowingly and intentionally distribute controlled substances, specifically, Marijuana, a Schedule I

1 | controlled substance, Methamphetamine, a Schedule II controlled substance, Codeine, a Schedule II

2 | controlled substance, and Alprazolam, aka Xanax, a Schedule IV controlled substance, in violation of

3 | Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(C).

4 | COUNT TWO: [21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution of a Controlled Substance]

5 | The Grand Jury further charges:  T H A T

6 |
7 | JOSE ROBERT PORRAS III, and
PASIA VUE,

8 | defendants herein, beginning at a time unknown, but no later than on or about March 18, 2018, and

9 | continuing to on or about March 24, 2018, in the County of Sacramento, State and Eastern District of

10 | California, and elsewhere, did knowingly and intentionally distribute Marijuana, a Schedule I controlled

11 | substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

12 | COUNT THREE: [21 U.S.C. § 841(a)(1) & (b)(1)(C) – Distribution of a Controlled Substance]

13 | The Grand Jury further charges:  T H A T

14 |
15 | JOSE ROBERT PORRAS III, and
PASIA VUE,

16 | defendants herein, beginning at a time unknown, but no later than on or about May 5, 2018, and

17 | continuing to on or about May 7, 2018, in the County of Sacramento, State and Eastern District of

18 | California, and elsewhere, did knowingly and intentionally distribute Marijuana, a Schedule I controlled

19 | substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

20 | COUNT FOUR: [18 U.S.C. § 1956(h) – Money Laundering Conspiracy]

21 | The Grand Jury further charges:

22 |
23 | JOSE ROBERT PORRAS III, and
PASIA VUE,

24 | defendants herein as follows:

25 | Beginning at a time unknown, but no later than in or around March 2017, and continuing to in or

26 | around May 2018, in the County of Sacramento, State and Eastern District of California, and elsewhere,

27 | did knowingly and intentionally conspire among themselves and with other persons, known and

28 | unknown to the Grand Jury, to commit money laundering, in violation of Title 18, United States Code,

1  Sections 1956(a)(1)(B)(i) and 1957.

2  It was a part and object of the conspiracy that JOSE ROBERT PORRAS III and PASIA VUE,

3  and other persons, known and unknown to the Grand Jury, did knowingly conduct financial transactions

4  affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity,

5  to wit: distribution of a controlled substance in violation of Title 21, United States Code, Section

6  841(a)(1), knowing that the transactions were designed in whole or in part to conceal and disguise the

7  nature, location, source, ownership, and control of the proceeds of such specified unlawful activity, and

8  that while conducting the financial transactions, knew that the property involved in the financial

9  transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United

10  States Code, Section 1956(a)(1)(B)(i).

11  It was further a part and object of the conspiracy that JOSE ROBERT PORRAS III and PASIA

12  VUE, and other persons, known and unknown to the Grand Jury, did knowingly engage in monetary

13  transactions involving criminally derived property, through a financial institution, affecting interstate

14  and foreign commerce, of a value greater than $10,000, such property having been derived from a

15  specified unlawful activity, to wit: distribution of a controlled substance in violation of Title 21, United

16  States Code, Section 841(a)(1), in violation of Title 18, United States Code, Section 1957.

17  All in violation of Title 18, United States Code, Section 1956(h)

18  COUNTS FIVE through ELEVEN: [18 U.S.C. § 1956(a)(1)(B)(i) – Money Laundering]

19  The Grand Jury further charges:

20                              JOSE ROBERT PORRAS III, and
                               PASIA VUE,
21
   defendants herein as follows:
22

23  On the dates set forth below, in the County of Sacramento, State and Eastern District of

24  California, and elsewhere, defendants JOSE ROBERT PORRAS III and PASIA VUE, did knowingly

25  conduct financial transactions affecting interstate and foreign commerce, which involved the proceeds of

26  a specified unlawful activity, to wit: distribution of a controlled substance in violation of Title 21,

27  United States Code, Section 841(a)(1), knowing that the transactions were designed in whole or in part

28  to conceal and disguise the nature, location, source, ownership, and control of the proceeds of such

1   specified unlawful activity, and that while conducting the financial transactions, knew that the property

2   involved in the financial transactions represented the proceeds of some form of unlawful activity, in

3   violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

| COUNT | APPROX. DATE | DESCRIPTION |
|---|---|---|
| Five | 08/28/2017 | Transfer by the defendants, via the Internet, of approximately 1.2644 Bitcoins to a Bitcoin wallet address controlled by federal agents, in exchange for $5,000 in U.S. currency that was shipped by federal agents from New York to the defendants at 4072 11th Avenue, Sacramento, California 95817. |
| Six | 03/25/2018 | Transfer by the defendants, via the Internet, of approximately 0.2574 Bitcoins to a Bitcoin wallet address controlled by federal agents, in exchange for $2,000 in U.S. currency that was shipped by federal agents from New York to the defendants at 4072 11th Avenue, Sacramento, California. |
| Seven | 04/08/2018 | Transfer by the defendants, via the Internet, of approximately 1.6642 Bitcoins to a Bitcoin wallet address controlled by federal agents, in exchange for $11,000 in U.S. currency that was shipped by federal agents from New York to the defendants at 2881 Pennington Road, Unit A, Live Oak, California 95953. |
| Eight | 04/15/2018 | Transfer by the defendants, via the Internet, of approximately 1.2892 Bitcoins to a Bitcoin wallet address controlled by federal agents, in exchange for $10,000 in U.S. currency that was shipped by federal agents from New York to the defendants at 1066 O'Donnell Avenue, Sacramento, California 95838. |
| Nine | 04/29/2018 | Transfer by the defendants, via the Internet, of approximately 1.7438 Bitcoins to a Bitcoin wallet address controlled by federal agents, in exchange for $15,000 in U.S. currency that was shipped by federal agents from New York to the defendants at 1066 O'Donnell Avenue, Sacramento, California 95838. |
| Ten | 05/09/2018 | Transfer by the defendants, via the Internet, of approximately 1.7357 Bitcoins to a Bitcoin wallet address controlled by federal agents, in exchange for $15,000 in U.S. currency that was shipped by federal agents from New York to the defendants at 1066 O'Donnell Avenue, Sacramento, California 95838. |
| Eleven | 05/20/2018 | Transfer by the defendants, via the Internet, of approximately 1.9620 Bitcoins to a Bitcoin wallet address controlled by federal agents, in exchange for $15,000 in U.S. currency that was shipped by federal agents from New York to the defendants at 1066 O'Donnell Avenue, Sacramento, California 95838. |

///

///

1   COUNTS TWELVE through FIFTEEN: [18 U.S.C. § 1957 – Money Laundering]

2           The Grand Jury further charges:  T H A T

3                           JOSE ROBERT PORRAS III, and
4                                   PASIA VUE,

5   defendants herein as follows:

6           On the dates set forth below, in the County of Sacramento, State and Eastern District of

7   California, and elsewhere, defendants JOSE ROBERT PORRAS III and PASIA VUE, and other

8   persons, known and unknown to the Grand Jury, did knowingly engage in monetary transactions

9   involving criminally derived property, through a financial institution, affecting interstate and foreign

10  commerce, of a value greater than $10,000, such property having been derived from a specified unlawful

11  activity, to wit: distribution of a controlled substance in violation of Title 21, United States Code,

12  Section 841(a)(1), in violation of Title 18, United States Code, Section 1957.

| COUNT | APPROX. DATE | DESCRIPTION |
|---|---|---|
| Twelve | 04/08/2018 | Transfer by the defendants, via the Internet, of approximately 1.6642 Bitcoins to a Bitcoin wallet address controlled by federal agents, in exchange for $11,000 in U.S. currency that was shipped by federal agents from New York to the defendants at 2881 Pennington Road, Unit A, Live Oak, California 95953. |
| Thirteen | 04/29/2018 | Transfer by the defendants, via the Internet, of approximately 1.7438 Bitcoins to a Bitcoin wallet address controlled by federal agents, in exchange for $15,000 in U.S. currency that was shipped by federal agents from New York to the defendants at 1066 O'Donnell Avenue, Sacramento, California 95838. |
| Fourteen | 05/09/2018 | Transfer by the defendants, via the Internet, of approximately 1.7357 Bitcoins to a Bitcoin wallet address controlled by federal agents, in exchange for $15,000 in U.S. currency that was shipped by federal agents from New York to the defendants at 1066 O'Donnell Avenue, Sacramento, California 95838. |
| Fifteen | 05/20/2018 | Transfer by the defendants, via the Internet, of approximately 1.9620 Bitcoins to a Bitcoin wallet address controlled by federal agents, in exchange for $15,000 in U.S. currency that was shipped by federal agents from New York to the defendants at 1066 O'Donnell Avenue, Sacramento, California 95838. |

27  / / /

28  / / /

1   COUNT SIXTEEN: [18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm]

2        The Grand Jury further charges:  T H A T

3                         JOSE ROBERT PORRAS III,

4   defendant herein as follows:

5        On or about May 22, 2018, in the County of Sacramento, State and Eastern District of California,

6   and elsewhere, defendant JOSE ROBERT PORRAS III, having been convicted of a crime punishable by

7   imprisonment for a term exceeding one year, to wit: 2017 State of California felony conviction for

8   possessions/purchase for sale of narcotics/controlled substance, did knowingly possess a firearm,

9   specifically: (1) a D&D Sales Model A uzi-style firearm bearing serial number DD000404; (2) a

10   Norinco MAK 90 Sporter rifle bearing serial number 9413335; and (3) a Smith and Wesson .44 caliber

11   revolver bearing serial number S198091, all in and affecting commerce in that said firearms had

12   previously been transported in interstate and foreign commerce, in violation of Title 18,

13   United States Code, Section 922(g)(1).

14   FORFEITURE ALLEGATION:  [21 U.S.C. § 853(a), 18 U.S.C. § 982(a)(1), 18 U.S.C. § 924(d)(1),
                         and 28 U.S.C. § 2461(c) – Criminal Forfeiture]

15

16      1.    Upon conviction of one or more of the offenses alleged in Counts One through Three of

17   this Indictment, defendants JOSE ROBERT PORRAS III and PASIA VUE shall forfeit to the United

18   States pursuant to Title 21, United States Code, Section 853(a), the following property:

19         a.    All right, title, and interest in any and all property involved in violations of Title

20   21, United States Code, Section 841(a)(1) and (b)(1)(C), or conspiracy to commit such offenses, for

21   which defendants are convicted, and all property traceable to such property, including the following: all

22   real or personal property, which constitutes or is derived from proceeds obtained, directly or indirectly,

23   as a result of such offenses; and all property used, or intended to be used, in any manner or part to

24   commit or to facilitate the commission of the offenses.

25         b.    A sum of money equal to the total amount of proceeds obtained as a result of the

26   offenses, or conspiracy to commit such offenses, for which defendants are convicted.

27      2.    Upon conviction of one or more of the offenses alleged in Counts Four through Fifteen of

28   this Indictment, defendants JOSE ROBERT PORRAS III and PASIA VUE shall forfeit to the United

1  States pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal,

2  involved in such offenses, and any property traceable to such property, including but not limited to the

3  following:

4          a.      A sum of money equal to the amount of money involved in the offenses, for

5  which defendants are convicted.

6      3.     Upon conviction of the offense  alleged in Count Sixteen of this Indictment, defendant

7  JOSE ROBERT PORRAS III shall forfeit to the United States pursuant to Title 18, United States Code,

8  Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition

9  involved in or used in the knowing commission of the offense.

10      4.     If any property subject to forfeiture, as a result of the offenses alleged in Counts One

11  through Sixteen of this Indictment, for which defendants are convicted:

12          a.      cannot be located upon the exercise of due diligence;

13          b.      has been transferred or sold to, or deposited with, a third party;

14          c.      has been placed beyond the jurisdiction of the court;

15          d.      has been substantially diminished in value; or

16          e.      has been commingled with other property which cannot

17              be divided without difficulty;

18  it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), Title 18,

19  United States Code, Section 982(b)(1), and Title 28, United States Code, Section 2461(c), to seek

20  forfeiture of any other property of said defendants, up to the value of the property subject to forfeiture.

21

22                    A TRUE BILL.

23                    **/s/ Signature on file w/AUSA**

24

25  

26  MCGREGOR W. SCOTT                FOREPERSON

27  United States Attorney

28

No. _ _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

2 1 8 - CR - 0 1 1 3 KJM

## THE UNITED STATES OF AMERICA

*vs.*

### JOSE ROBERT PORRAS III, and
### PASIA VUE

## I N D I C T M E N T

**VIOLATION(S):**

21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(C) – Conspiracy to Distribute Controlled Substances;
21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution of a Controlled Substance [2 Counts];
18 U.S.C. § 1956(h) – Money Laundering Conspiracy;
18 U.S.C. § 1956(a)(1)(B)(i) – Money Laundering [7 Counts];
18 U.S.C. § 1957 – Money Laundering [4 Counts];
18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm; and
21 U.S.C. § 853(a), 18 U.S.C. § 982(a)(1), 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c) – Criminal Forfeiture

*A true bill,*

## /s/ Signature on file w/AUSA

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Foreman.*

*Filed in open court this* _ _ _ _ _ 23 _ _ _ _ _ *day*

*of* _ _ _ August _ _ _ , *A.D.* 20 18 _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Clerk.*

*Bail, $* _ _ _ _ _ _ _ _ _ NO PROCESS NECESSARY

GPO 863 525

**United States v. Jose Robert Porras et al.**
**Penalties for Superseding Indictment**
**2:18-CR-0113 KJM**

**Defendants**
**JOSE ROBERT PORRAS III**
**PASIA VUE**

**COUNT 1:**          **ALL DEFENDANTS**

VIOLATION:          21 U.S.C. §§ 846, 841(a)(1) - Conspiracy to Distribute Controlled
                              Substances

PENALTIES:          Up to 20 years in prison
                              Fine of up to $1,000,000; or both fine and imprisonment
                              Mandatory 3 year supervised release

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNTS 2-3:**          **ALL DEFENDANTS**

VIOLATION:          21 U.S.C. § 841(a)(1), (b)(1)(C) – Distribution of a Controlled Substance

PENALTIES:          Up to 20 years in prison
                              Fine of up to $1,000,000; or both fine and imprisonment
                              Mandatory 3 year supervised release

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 4:**          **ALL DEFENDANTS**

VIOLATION:          18 U.S.C. § 1956(h) – Money Laundering Conspiracy

PENALTIES:          Up to 20 years in prison
                              Fine of up to $500,000 or up to twice the value of the property involved in
                              the transactions, whichever is greater; or both fine and imprisonment
                              Up to 3 year supervised release

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNTS 5-11:**          **ALL DEFENDANTS**

VIOLATION:          18 U.S.C. § 1956(a)(1)(B)(i) – Money Laundering

PENALTIES:       Up to 20 years in prison
Fine of up to $500,000 or up to twice the value of the property involved in the transactions, whichever is greater; or both fine and imprisonment
Up to 3 year supervised release

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNTS 12-15:**     **ALL DEFENDANTS**

VIOLATION:       18 U.S.C. § 1957 – Money Laundering

PENALTIES:       Up to 10 years in prison
Fine of up to $250,000 or up to twice the value of the property involved in the transactions, whichever is greater; or both fine and imprisonment
Up to 3 year supervised release

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNTS 16:**       **JOSE ROBERT PORRAS III**

VIOLATION:       18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm

PENALTIES:       Up to 10 years in prison
Fine of up to $250,000; or both fine and imprisonment
Up to 3 year supervised release

SPECIAL ASSESSMENT: $100 (mandatory on each count)
**FORFEITURE ALLEGATIONS:  ALL DEFENDANTS**

VIOLATION:       21 U.S.C. § 853(a), 18 U.S.C. § 982(a)(1), 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c) - Criminal Forfeiture

PENALTIES:       As stated in the charging document