# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition For Warrant or Summons For Person Under Supervision

**Name of Person Under Supervision:** Jose Robert Porras, III     **Docket Number:** 0972 2:18CR00113-001

**Name of Judicial Officer:**     Chief United States District Judge Kimberly J. Mueller

**Date of Original Sentence:**     12/16/2019

**Original Offense:** <u>Count 2:</u> 21 U.S.C. § 841(a)(1) – Distribution of a Controlled Substance (Class C Felony); <u>Count 16:</u> 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm (Class C Felony).

**Original Sentence:** 70 months custody of the Bureau of Prisons concurrent as to Counts 2 and 16, for a total term of 70 months; 36 months Supervised Release concurrent as to Counts 2 and 16, for a total term of 36 months; $200 Special Assessment; Mandatory Testing; DNA Collection.

**Special Conditions:**

1. Warrantless Search
2. Financial Disclosure
3. Drug/Alcohol Treatment
4. Drug/Alcohol Testing
5. Aftercare Co-payment
6. Gang Associations

**Type of Supervision:**     TSR

**Date Supervision Commenced:**     5/12/2023

**Other Court Actions:** None.

RE: **Jose Robert Porras, III**                                            Docket Number: 0972 2:18CR00113- 001

---

## PETITIONING THE COURT

☒ **TO ISSUE A NO BAIL WARRANT. THIS PETITION IS TO BE SEALED UNTIL FURTHER ORDER OF THE COURT.**

The probation officer alleges the Person Under Supervision has violated the following condition(s) of supervision:

**Charge Number**        **Nature of Violation**

**Charge 1:**    **NEW LAW VIOLATION**

Sacramento County Sheriff's Office Incident Report Number 2024-111181 indicates that on April 9, 2024, Marcos Escobado and Mr. Porras pointed a handgun at a female victim and directed her to go into the bathroom. Mr. Porras fled the location on foot prior to deputies' arrival. This is in violation of the Mandatory Condition which states, *"You must not commit another federal, state, or local crime."*

**Charge 2:**    **POSSESSION OF A FIREARM**

Sacramento County Sheriff's Office Incident Report Number 2024-111181 indicates that on April 9, 2024, Marcos Escobado and Mr. Porras pointed a handgun at a female victim and directed her to go into the bathroom. This is in violation of Standard Condition Number 10 which states in part, *"You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon…"*

**Justification:** Mr. Porras began his term of Supervised Release on May 12, 2023. Soon after his release, Mr. Porras obtained employment. He saved money to a purchase a truck with his father to begin their family business in truck driving. Mr. Porras has been responsive to all probation inquiries and directives. However, on June 10, 2024, I received a notification from the Sacramento County Sheriff's Office that a warrant was issued for Mr. Porras' arrest on June 5, 2024, by Sacramento County Superior Court, Case Number 24FE009865. The outstanding warrant notes: *Robbery/Burglary Prevent or Dissuade Attendance of Witness by Force or Threat Possession of a Firearm by a Felon.* Incident reports from the Sacramento County Sheriff's Office were obtained on June 10 and 11, 2024.

Incident Report 2024-110217 details offenses of Aggravated Assault and Conspire to Commit Any Crime, in which Mr. Porras's brother, Marcos Escobado, and associates were involved in. Mr. Porras is also listed as being involved. According to the report, Mr. Porras and Mr. Escobado went to a residence on April 9, 2024, where an altercation had occurred on April 8, 2024, and Mr. Escobado was involved in. Mr. Porras and Mr. Escobado broke into the residence through a window and pointed handguns at a female victim. They directed her to the bathroom, where she remained until deputies arrived.

RE: **Jose Robert Porras, III**                                                  **Docket Number: 0972 2:18CR00113- 001**

Mr. Porras contacted me on June 11, 2024, and stated he discovered he was named as co-defendant in his brother's case and a warrant had been issued for his arrest. Later that day, Mr. Porras' legal counsel contacted me and indicated Mr. Porras would be self-surrendering on the warrant on June 12, 2024.

**Detention:** Based on the current allegations, it is respectfully requested a warrant be issued and that Mr. Porras remain in custody throughout violation proceedings.

        **I declare under penalty of perjury that the following is true and correct.**

**EXECUTED ON:**     **June 12, 2024**
                      **Sacramento, California**

Respectfully submitted,

_/s/ Miriam E. Olea_

**Miriam E. Olea**
**United States Probation Officer**
Telephone: (916) 930-4310

**DATED:**   6/12/2024

Reviewed by,

_/s/ Shannon L. Morehouse_

**Shannon L. Morehouse**
**Supervising United States Probation Officer**

RE: **Jose Robert Porras, III**                                             Docket Number: 0972 2:18CR00113- 001

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒  The issuance of a no bail warrant pending hearing. This Petition is sealed until further order of the court.

☐  The issuance of a summons.

☐  Other:

**FURTHER PROCEEDINGS REGARDING CUSTODY:**

☐  Defendant is ordered detained, to be brought before District Judge forthwith.

☒  Initial appearance and detention hearing before Magistrate Judge.

DATED:  June 18, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

CC:

United States Probation

United States Marshal Service

RE: **Jose Robert Porras, III**                                               **Docket Number:** 0972 2:18CR00113- 001

# STATEMENT OF EVIDENCE OF ALLEGED
# SUPERVISED RELEASE VIOLATIONS

Honorable Kimberly J. Mueller
Chief United States District Judge
Sacramento, California

                        RE:     Porras III, Jose Robert
                        **Docket Number:** 0972 2:18CR00113

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Person Under Supervision.

**Charge 1:**        **NEW LAW VIOLATION**
    a. **Evidence:**

        i. Sacramento County Sheriff's Office Incident Report Number 24-111181.

        ii. Sacramento County Sheriff's Office Incident Report Number 2024-110217.

    b. **Witnesses:**

        i. Deputies from the Sacramento Sheriff's Office.


**Charge 2:**        **POSSESSION OF A FIREARM**
    a. **Evidence:**

        i. Sacramento County Sheriff's Office Incident Report Number 24-111181.

        ii. Sacramento County Sheriff's Office Incident Report Number 2024-110217.

    b. **Witnesses:**

        i. Deputies from the Sacramento County Sheriff's Office.

RE: **Jose Robert Porras, III**                                    **Docket Number:** 0972 2:18CR00113- 001

Respectfully submitted,

*/s/ Miriam E. Olea*

**Miriam E. Olea**
**United States Probation Officer**
Telephone: (916) 930-4310

**DATED:**    6/12/2024
                    Sacramento, California

Reviewed by,

*/s/ Shannon L. Morehouse*

**Shannon L. Morehouse**
**Supervising United States Probation Officer**

RE: **Jose Robert Porras, III**                                   **Docket Number:** 0972 2:18CR00113- 001

# REVOCATION GUIDE – SUPERVISED RELEASE

**Name of Person Under Supervision:**  Jose Robert Porras, III          **Docket Number:**    0972 2:18CR00113

**Date of Original Offense:**    05/22/2018

**Original term of supervised release imposed:** 3 **years**

**Highest grade of violation alleged:** B

**Criminal History Category of person under supervision:** IV

**Original guideline range:** 100 **to** 125 **months.**

**Chapter 7 range of imprisonment:** 12 **to** 18 **months.**

**Maximum term on revocation - 18 U.S.C.  § 3583(e)(3):**

☒        **Class C and/or D felony - 2 years**

**Violation requires mandatory revocation:  YES:** ☒    **NO:** ☐

**Original offense committed on or after 04/30/2003**:  Court may sentence up to the statutory maximum term of supervised release applicable to the original offense of conviction, but not exceed the maximum for the classes of offenses noted above.  There is no adjustment for prison time imposed for any previous revocation of the term of supervised release. The Court must consider but is not bound by Chapter 7 ranges.  Upon revocation, the Court may re-impose supervised release; however, the term is limited to the statutory maximum authorized under Title 18 U.S.C. § 3583(e)(3) for the original offense of conviction, less the current term of imprisonment imposed upon revocation, and all prior terms of imprisonment imposed upon previous revocations.

## MANDATORY REVOCATION ISSUES

**Original offense committed after 09/13/94:**  Title 18 U.S.C. § 3583 instructs that supervision shall be revoked upon a finding of:   1) Possession of a controlled substance; 2) Possession of a firearm; or, 3) Refusal to comply with mandatory drug testing.  If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession."

**Positive/Failed Drug Tests after 11/02/2002:**   Title 18 U.S.C. § 3583(g) amended and instructs that supervision be revoked for:  Testing positive for illegal controlled substances more than three times over the course of one year.