UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE ROBERT PORRAS,<br><br>    Defendant. | No. 2:18-cr-00113-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release JOSE ROBERT PORRAS; Case No. 2:18-cr-00113-KJM, from custody for the following reasons:

___Release on Personal Recognizance

___Bail Posted in the Sum of $

   ___ Unsecured Appearance Bond

   ___ Appearance Bond with 10% Deposit

   ___ Appearance Bond with Surety

   ___ Corporate Surety Bail Bond

__X__ (Other): <u>Time Served as of 2/11/2025</u>

Issued at Sacramento, California on __2/11/25__, at __9:56 am__

_____
Kimberly J. Mueller
United States District Judge